**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Leontyne Banks, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-01716 |
| ) | |
| MEDLINE INDUSTRIES, LP., ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff LEONTYNE BANKS and Defendant MEDLINE INDUSTRIES, LP., by and through their respective undersigned counsel, submit this status report:

The matter is currently pending in arbitration at AAA.

**DATED:** November 16, 2022                Respectfully submitted,

LEONTYNE BANKS                              MEDLINE INDUSTRIES, LP.

By: /s/ Michael T. Smith                    By: /s/ Taylor Rollinson
    One of Her Attorneys                        One of Its Attorneys

Michael T. Smith                            Taylor Rollinson
MICHAEL T. SMITH & ASSOCIATES               OGLETREE, DEAKINS, NASH,
10 N. Martingale Road, Suite 400               SMOAK & STEWART, P.C.
Schaumburg, IL 60173                        155 North Wacker Drive, Suite 4300
(847) 466-1099                              Chicago, Illinois 60606
msmith39950@aol.com                         (312) 558-1220
                                            taylor.rollinson@ogletree.com

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on November 16, 2022, a copy of the foregoing ***Joint Status Report*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all attorneys and parties of record.

/s/Taylor Rollinson